1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4  Email: salsciandra@sbcglobal.net

5  Attorney for Defendant, JESUS ABRAHAM ALVAREZ-RUIZ

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              CASE NO:  1:13-CR-00242-AWI-BAM

11              Plaintiff,

12                                        STIPULATION AND ORDER FOR A
                                          RESETTING OF HEARING ON REPORT
13 v.                                     OF PROBATION OFFICER

14
                                          Date:  Monday, March 30, 2015
15 JESUS ABRAHAM ALVAREZ-RUIZ,            Time:  10:00 a.m.
                                          Court:  2
16              Defendant.                room:  Honorable Anthony W. Ishii

17

18

19        **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America,

20 and the defendant JESUS ABRAHAM ALVAREZ-RUIZ by and through his attorney that the

21 date set for hearing on the Pre-Sentence Report of the probation officer and sentencing be

22 extended as follows:

23        Informal Objections to be mailed to Probation and AUSA:  move from
          March 9, 2015 to April 27, 2015
24

25        Formal Objections to be filed with the Court and served on Probation and
          AUSA:  move from March 23, 2015 to May 11, 2015
26

27        RPO Hearing:  move from Monday, March 30, 2015 at 10:00 a.m. to
          Monday, May 18, 2015 at 10:00 a.m.
28

Additional time is needed for the following reasons:

Over the past 30 days, the parties have been informally discussing production of discovery relevant to sentencing issues in this case.   AUSA Montoya has informed defense counsel that because of a change in the Case Agent, the press of other matters, and personal matters, she has been unable to produce the requested materials.  Based on mutual discussion, it is believed that resetting the deadlines for objections and sentencing as set forth above should be sufficient to allow for production of the relevant materials to be produced, and preparation of objections to the presentence report and preparation for sentencing.

Counsel has consulted with AUSA Laurel Montoya and she has informed counsel that she has no objection to continuing the hearing on the report of the probation officer to May 18, 2015.

Respectfully submitted,

DATED:  March 12, 2015                           /s/   Salvatore Sciandra
                                                 SALVATORE SCIANDRA
                                                 Attorney for Defendant,
                                                 JESUS ABRAHAM ALVAREZ-RUIZ


DATED:  March 12, 2015                           /s/   Laurel J. Montoya
                                                 LAUREL J. MONTOYA
                                                 Assistant United States Attorney

                                                 Agreed to in person on 3/09/15.


**ORDER**

IT IS SO ORDERED.

Dated:   March 12, 2015                 _____

                                          SENIOR  DISTRICT  JUDGE