SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, JESUS ABRAHAM ALVAREZ-RUIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ABRAHAM ALVAREZ-RUIZ,<br><br>Defendant. | CASE NO:  1:13-CR-00242-AWI-BAM<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER<br><br>Date:  Monday, 18, 2015<br>Time:  10:00 a.m.<br>Court room:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant JESUS ABRAHAM ALVAREZ-RUIZ by and through his attorney that the date set for hearing on the Pre-Sentence Report of the probation officer and sentencing be extended as follows:

> Informal Objections to be mailed to Probation and AUSA:  move from April 27, 2015 to June 15, 2015.

> Formal Objections to be filed with the Court and served on Probation and AUSA:  move from May 11, 2015 to June 29, 2015.

> RPO Hearing:  move from Monday, May 18, 2015 at 10:00 a.m. to Monday, July 6, 2015.

///

Additional time is needed for the following reasons:

Because of the complexity of the sentencing issues and the impending death of a close family member of AUSA Montoya, on March 12, 2015 this Court granted an extension of the sentencing in this matter to May 18, 2015 (See Doc 25).  For the same reasons set forth in the previous request for a resetting of the sentencing hearing, it is again necessary to request a resetting of the sentencing hearing currently set for May 18, 2015.  The parties have continued informally discussing production of discovery relevant to sentencing issues in this case, however, the press of other matters and AUSA Montoya personal situation has prevented her from producing the discovery necessary for defense counsel to prepare for sentencing.  Based on mutual discussion, it is believed that resetting the deadlines for objections and sentencing as set forth above should be sufficient to allow for production of the relevant materials to be produced, and preparation of objections to the presentence report and preparation for sentencing.

Counsel has consulted with AUSA Laurel Montoya and she has informed counsel that she has no objection to continuing the hearing on the report of the probation officer to July 6, 2015.

Respectfully submitted,

DATED:  April 27, 2015                    /s/   Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
JESUS ABRAHAM ALVAREZ-RUIZ

DATED:  April 27, 2015                    /s/   Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

Agreed to via email on 4/25/15.

**ORDER**

IT IS SO ORDERED.

Dated:   April 28, 2015              _____
SENIOR  DISTRICT  JUDGE