SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, JESUS ABRAHAM ALVAREZ-RUIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br>JESUS ABRAHAM ALVAREZ-RUIZ,<br><br>    Defendant. | CASE NO: 1:13-CR-00242-AWI/BAM<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER<br><br>Date:  Monday, July 6, 2015<br>Time:  10:00 a.m.<br>Court room:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant JESUS ABRAHAM ALVAREZ-RUIZ by and through his attorney that the date set for hearing on the Pre-Sentence Report of the probation officer and sentencing be extended as follows:

   Informal Objections to be mailed to Probation and AUSA:  move from
   June 15, 2015 to July 20, 2015.

   Formal Objections to be filed with the Court and served on Probation and
   AUSA:  move from June 29, 2015 to August 3, 2015.

   RPO Hearing:  move from Monday, July 6, 2015 at 10:00 a.m. to Monday,
   August 10, 2015 at 10:00 a.m.

/ / /

   Additional time is needed for the following reasons:

1

Because of the complexity of the sentencing issues and the impending death of a close family member of AUSA Montoya, on March 12, 2015 this Court granted an extension of the sentencing in this matter to May 18, 2015 (See Doc 25).  For the same reasons set forth in the previous requests for a resetting of the sentencing hearing, it is again necessary to request a resetting of the sentencing hearing currently set for July 6, 2015.  The parties have continued informally discussing production of discovery relevant to sentencing issues in this case, however, the press of other matters and AUSA Montoya personal situation has again prevented her from producing the discovery necessary for defense counsel to prepare for sentencing.  Based on mutual discussion, it is believed that resetting the deadlines for objections and sentencing as set forth above should be sufficient to allow for production of the relevant materials to be produced, and preparation of objections to the presentence report and preparation for sentencing.

Counsel has consulted with AUSA Laurel Montoya and she has informed counsel that she joins in this request to continue the hearing on the report of the probation officer to August 10, 2015.

Respectfully submitted,

DATED: June 15, 2015         /s/   Salvatore Sciandra
                             SALVATORE SCIANDRA
                             Attorney for Defendant,
                             JESUS ABRAHAM ALVAREZ-RUIZ

DATED: June 15, 2015         /s/   Laurel J. Montoya
                             LAUREL J. MONTOYA
                             Assistant United States Attorney

Agreed to in person on 6/15/15.

**ORDER**

IT IS SO ORDERED.

Dated:   June 16, 2015         _____
                                SENIOR DISTRICT JUDGE

2