SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, JESUS ABRAHAM ALVAREZ-RUIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JESUS ABRAHAM ALVAREZ-RUIZ,<br><br>  Defendant. | CASE NO:  1:13-CR-00242-AWI<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER<br><br>Date:  Monday, August 10, 2015<br>Time:  10:00 a.m.<br>Courtroom:  Honorable Anthony W. Ishii |
|---|---|

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant JESUS ABRAHAM ALVAREZ-RUIZ by and through his attorney that the date set for hearing on the Pre-Sentence Report of the probation officer and sentencing be extended as follows:

  Informal Objections have been completed.

  Formal Objections to be filed with the Court and served on Probation and AUSA:  move from August 3, 2015 to September 28, 2015.

  RPO Hearing:  move from Monday, August 10, 2015 at 10:00 a.m. to Monday, October 5, 2015 at 10:00 a.m.

/ / /

1

Additional time is needed for the following reasons:

AUSA Laurel Montoya has informed me that she has been making diligent efforts to arrange a safety valve debriefing with the agent in charge and to-date has been unable to do so. The additional time is needed to complete the safety valve debriefing and file formal objections and a sentencing memorandum..

Counsel has consulted with AUSA Laurel Montoya and she has informed counsel that she has no objection to continuing the hearing on the report of the probation officer to October 5, 2015.

Respectfully submitted,

DATED: August 5, 2015                     /s/   Salvatore Sciandra
                                          SALVATORE SCIANDRA
                                          Attorney for Defendant,
                                          JESUS ABRAHAM ALVAREZ-RUIZ

DATED: August 5, 2015                     /s/   Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                          Assistant United States Attorney

                                          Agreed to via email on August 5, 2015.

**ORDER**

IT IS SO ORDERED.

Dated:   August 5, 2015              _____
                                          SENIOR  DISTRICT  JUDGE

2